UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Moshe Blumenberg,

individually and on behalf of all others similarly situated,
       Plaintiff,

v.                                   CASE NO.: **1:20-cv-05764-ARR-SJB**

EOS CCA,

US Asset Management Inc., and

John Does 1-25,
       Defendant.

*So Ordered,*

s/Allyne R. Ross

Allyne R. Ross, U.S.D.J.

12/16/20

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Moshe Blumenberg and Defendants' Collecto, Inc. d/b/a EOS CCA, incorrectly identified as EOS CCA in Plaintiff's Complaint, and US Asset Management, Inc. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this party is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 15, 2020

| **For Plaintiff Moshe Blumenberg** | **For Defendant Collecto, Inc. d/b/a EOS CCA and US Asset Management Inc.** |
|---|---|
| /s/ Raphael Deutsch<br>Raphael Deutsch<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500<br>rdeutsch@steinsakslegal.com | /s/ Lori J. Quinn<br>Lori J. Quinn<br>Gordon Rees Scully Mansukhani, LLP<br>1 Battery Park Plaza Ste 28th floor<br>New York, NY 10004<br>212-453-0758<br>ljquinn@grsm.com |

1